IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2019CV31186

JOE P. BACA, an individual,

       Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin corporation,

       Defendant.

---

**DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446 *et seq.***

---

TO:    Plaintiff and His Attorney of Record:

Defendant, American Family Mutual Insurance Company, S.I. ("American Family"), by and through its counsel, Valerie Garcia and Jason D. Krueger of Hall & Evans, LLC, and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

**Introduction and Basis for Removal**

1.    American Family Mutual Insurance Company, S.I. ("American Family") is the Defendant in the above titled action, originally filed in the District Court, Adams County, Colorado, Case No. 2019CV31186. On or about July 26, 2019, Plaintiff, Joe P. Baca filed his Complaint and Jury Demand in Adams

County District Court, Colorado. The Complaint seeks recovery of damages for alleged breach of insurance contract, and statutory unreasonable delay and denial of insurance benefits. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2.      Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3.      The present action is between citizens of different states. Plaintiff Joe P. Baca is domiciled at 11245 Downing Drive, Northglenn, Colorado 80233, and is a citizen of the State of Colorado. *See* **Exhibit A**, at ¶ 2. Defendant American Family is a citizen of the state of Wisconsin. *See* Company Information – American Family, **Exhibit B.**

4.      The amount in controversy exceeds $75,000. Plaintiff's Complaint alleges entitlement to breach of contract damages and bad faith damages concerning alleged property damage payments owed by American Family to Plaintiff related to hail damage to a residential roof. See, **Exhibit A** ¶ 2, 14. Plaintiff also alleges an entitlement to two times any benefits unreasonably delayed or denied pursuant to C.R.S. §§ 10-3-1115/1116. *Id.* at ¶¶ 20, Prayer

for Relief at "c.". Additionally, Plaintiff states he is seeking a monetary judgment in excess of $100,000 in his District Court Civil (CV) Case Cover Sheet. *See* **Exhibit C**, at ¶ 2.

5.      Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6.      This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. Plaintiff served American Family August 7, 2019. *See* **Exhibit D**. Thus, American Family's Notice of Removal is due no later than September 6, 2019.

**Compliance with Procedural Requirements**

7.      Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Adams. *See* **Exhibit E**. The process, pleadings, and orders are captioned as follows:

- **Exhibit A**      Complaint and Jury Demand;

- **Exhibit C**      District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim, or Third-Party Complaint;

3

- **Exhibit D**      Notice of Service of Process

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Adams. American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9.      Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Adams in Civil Action No. 2019CV31186. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiffs' counsel. The register of actions is attached as **Exhibit F**.

Pursuant to this Notice of Removal and 28 U.S.C. § 1441, American Family Mutual Insurance Company, S.I. respectfully requests that this case be removed from the District Court for the County of Adams, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate

Respectfully submitted this 28th day of August, 2019.

HALL & EVANS, L.L.C.

*Original Duly Signed and on file*
*at the offices of Hall & Evans, L.L.C.*

*/s/ Jason D. Krueger*
Valerie Garcia
Jason D. Krueger
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
(303)628-3300
garciav@hallevans.com
kruegerj@hallevans.com
Attorneys for Defendant
American Family Mutual
Insurance Company, S.I.

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2019, I electronically filed the foregoing **DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446 *et seq.*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to parties or counsel registered through ECF. In addition, I hereby certify that I have served via electronic mail the forgoing document and exhibits to the noted non-CM/ECF participant.

| ATTORNEY FOR PLAINTIFF:<br><br>Sean B. Leventhal<br>Jonathan S. Sar<br>Richard Daly<br>John Scott Black<br>Daly & Black, P.C.<br>2211 Norfolk Street, Suite 800<br>Houston, Texas 77098<br>sleventhal@dalyblack.com<br>jsar@dalyblack.com<br>rdaly@dalyblack.com<br>jblack@dalyblack.com<br>ecfs@dalyblack.com | (  ) First Class Mail<br>(  ) Hand Delivery<br>(  ) Facsimile<br>(  ) Overnight Delivery<br>(  ) Colorado E-Filing<br>(  ) CM/ECF<br>(X) E-Mail |
|---|---|

*/s/ Christie Marsh*
Christie Marsh, Legal Assistant

6